UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                      **Case No. 8:05-cr-252-T-17TBM**

**ROBERT LEE PRICE,**

      **Defendant.**

_____/

**O R D E R**

THIS MATTER is before the court on Defendant's *In Camera* **Motion for Determination of Defendant's Competency and Request for Competency Hearing** (S-3). Upon consideration of the matters set forth in the motion and the accompanying report, there are reasonable grounds to believe the Defendant may presently suffer from a mental disease or defect rendering him mentally incompetent to proceed on allegations of being a felon in possession of a firearm.  Accordingly, Defendant's *In Camera* **Motion for Determination of Defendant's Competency and Request for Competency Hearing** (S-3) is **GRANTED** in part. In accordance with the provisions of 18 U.S.C. § 4241(b), the court hereby appoints, **Dr. Donald Taylor**, to conduct an independent psychiatric examination of the Defendant.  Such examination will take place on **July 23, 2007, at 1:30 p.m.**, at Dr. Taylor's office located at 3450 E. Fletcher Ave. Suite 250, Tampa, FL 33613.  The Defendant is hereby ordered to appear at Dr. Taylor's office at the appointed time and date for the conduct of this evaluation.

The court requests Dr. Taylor complete the examination and file a report with this court within twenty (20) days thereafter. In his report, Dr. Taylor is requested to provide the details of Defendant's mental health history and present symptoms; a description of psychiatric or psychological medical tests employed in the examination; his findings and opinions as to whether or not the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to proceed, in that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Counsel for the Defendant shall assure that a copy of this Order is provided to the Defendant. Counsel shall also forward to Dr. Taylor, and otherwise assist him in obtaining, all available mental health records for the Defendant.

Upon receipt of the report from Dr. Taylor, further proceedings pursuant to 18 U.S.C. § 4247(d) will be conducted.

**Done and Ordered** in Tampa, Florida this 27th day of June 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Elizabeth A. Kovachevich
Jay Hoffer, Assistant United States Attorney
Attorney for Defendant
Dr. Donald Taylor