UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                          Case No.   8:05-cr-252-T-17TBM

**ROBERT LEE PRICE,**

    **Defendant.**

_____/

**O R D E R**

THIS MATTER is before the court on the matter of the Defendant's competency to stand trial.  Heretofore, this court granted Defendant's motion for competency evaluation and directed that Dr. Donald R. Taylor, Jr., M.D., conduct such evaluation and submit a report to the court.  See (Doc. 40).  In accordance with the Order, Dr. Taylor has examined the Defendant and submitted a letter regarding his psychiatric evaluation.  By Dr. Taylor's evaluation, the Defendant suffers from substance use disorder involving alcohol, possible learning disorder, and personality disorder, and at present, his mental condition renders him unable to assist his counsel.  According to Dr. Taylor, the Defendant is in need of a transfer to a therapeutic setting where he may receive appropriate treatment for his current condition.

Counsel for both parties have advised the court that they do not object to the Defendant remaining out on bond pending designation by the Bureau of Prisons to an appropriate treatment facility.

Upon the information presented, this court concludes that the Defendant is presently suffering a mental disease or defect which renders him mentally incompetent to

proceed. Accordingly, the Defendant is committed to the custody of the Marshal for commitment to a suitable federal medical facility for such reasonable period of time, not to exceed four (4) months, as is necessary to restore his competence to proceed or otherwise determine whether there is a substantial probability that in the foreseeable future he will obtain the capacity to permit further proceedings in this cause. By agreement of the parties, the Defendant will be permitted to self-surrender at the facility hereinafter designated by the Bureau of Prisons. Counsel for the Defendant shall be responsible for notifying the Defendant of the designated facility and his report date. Pending his surrender to the designated facility, the Defendant shall continue to abide by all the terms and conditions of his release order which shall be modified to additionally require that Defendant self-surrender to the designated facility as hereinafter directed. The clerk shall assure that copies of all medical records submitted in relation to the instant proceedings shall be forwarded to the designated facility along with a copy of this Order.

**Done and Ordered** in Tampa, Florida this 6th day of September 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Jay Hoffer, Assistant United States Attorney
Adam Allen, Attorney for Defendant
United States Marshal
United States Pretrial Services